

**FILED**

SEP 2 1 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| IN THE MATTER OF THE INSPECTION OF: | MJ 20- -BLG-TJC |
|---|---|
| DEA Registration BS2790752 for Nancy J. Sweeney, MD | ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Administrative Inspection Warrant and the Affidavit in Support filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon either:

(1) initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16; or

/ / /

/ / /

1

(2) required initial disclosures in any civil matter related to this warrant, pursuant to Fed. R. Civ. P. 26.

DATED this 21st day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge